IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| Tony R. Whisenant, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 6:15-cv-01342-EFM-JPO |
| OXY USA, Inc., | ) ) | |
| Defendant. | ) | |

## <u>NOTICE OF DISMISSAL</u>

The Named Plaintiff hereby gives notice of voluntary dismissal of the above-captioned

putative class action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have not served either

an answer or a motion for summary judgment in this case. *Id.* No other procedural requirement

applies to this Notice. *See Lucero v. Bureau of Collection Recovery, Inc.*, 639 F.3d 1239, 1244

(10th Cir. 2011); § 1797 Settlement, Voluntary Dismissal, or Compromise of Class Actions –

Purpose and Scope of Rule 23(e), 7B Fed. Prac. & Proc. Civ. § 1797 (3d ed.).

Respectfully Submitted,

*/s/ Rex A. Sharp*

Rex A. Sharp KS #12350
Barbara C. Frankland KS #14198
Rex A. Sharp, P.A.
5301 W. 75th Street
Prairie Village, KS   66208
(913) 901-0505
(913) 901-0419 fax
rsharp@midwest-law.com
bfrankland@midwest-law.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel who have registered for receipt of the documents filed in this matter.


/s/ Rex A. Sharp